UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE SALAZAR,<br><br>            Plaintiff,<br><br>    vs.<br><br>OFFICE DEPOT, INC., and DOES 1 THROUGH 20, inclusive,<br><br>            Defendant. | Case No. 12-CV-05244 CRB<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL AND DISMISSING CASE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based upon the Stipulation of Dismissal entered into by Plaintiff DEE SALAZAR ("SALAZAR") and Defendant Office Depot, Inc. ("Defendant"), IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-caption action is here DISMISSED with prejudice with respect to SALAZAR's claims; and

2. Pursuant to the terms of the Settlement Agreement entered into between the parties, each party is to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: January 16, 2015

